# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

WILLIAM HENRY DEASE,      )
                                  )
            Plaintiff,        )
                                  )
-vs-                           )      Case No. CIV-19-0397-F
                                  )
SCOTT CROW, et al.,        )
                                  )
           Defendants.      )

## ORDER

Plaintiff William Henry Dease, a state prisoner appearing *pro se* and *in forma pauperis*, brings this action pursuant to 42 U.S.C. § 1983, alleging various violations of his constitutional rights.

On initial screening, Magistrate Judge Shon T. Erwin submitted a Report and Recommendation (doc. no. 17, the Report) which recommends that the court dismiss the complaint without prejudice. The Report advises the parties that any objection to the Report must be filed by August 9, 2019, and that failure to make timely objection waives the right to appellate review of the factual and legal issues addressed in the Report. No objection to the Report has been filed and no request has been made for an extension of time within which to object or otherwise respond to the Report.

The Report is detailed, and no purpose would be served by any further discussion here. Accordingly, having reviewed the Report, and with there being no

objection, the court concurs in the recommended ruling.[1]  The Report is **ACCEPTED**, **ADOPTED** (as clarified in n.1, *supra*) and **AFFIRMED**.  As recommended in the Report, the complaint is **DISMISSED** without prejudice.

IT IS SO ORDERED this 27th day of August, 2019.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

19-0397p002.docx

---

[1] Within the body of the Report, the magistrate judge states that the procedural due process claim should be dismissed with prejudice.  Doc. no. 17, p. 5 of 10.  Nevertheless, the first paragraph of the Report, and Part VI of the Report, both recommend dismissal of the complaint without prejudice.  In fairness to the plaintiff, who did not object to the Report presumably with the understanding that the Report recommends all claims be dismissed without prejudice, the court adopts the Report's overall finding that all claims alleged in the complaint (including the procedural due process claim) are dismissed without prejudice.